```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA,            :
                                     :    ORDER
         - v. -                      :
                                     :    20 Cr. 122 (LTS)
WILLIAM JIMENEZ,                     :
   a/k/a "Flip,"                     :
                                     :
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, and with the consent of the defendant, by and through counsel, it is hereby ORDERED that this matter is continued to February 24, 2020 at 2:30 p.m. and that the time between the date of this Order and February 24, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit defense counsel to effectively represent the defendant by appearing for an initial conference and will permit the parties to engage in plea discussions.

Dated: New York, New York
       February 12, 2020

                                     _____
                                     THE HONORABLE LAURA TAYLOR SWAIN
                                     UNITED STATES DISTRICT JUDGE