**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 5, 2020

BY ECF
The Honorable Judge Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

RE:   United States v. William Jimenez
      20 Cr. 122 (LTS)

Honorable Judge Swain:

   I write in response to the Court's email correspondence on May 5, 2020. With the consent of the government, I request adjournment of William Jimenez's May 14 status conference to the week of June 1. Mr. Jimenez requests to participate in this status conference in person, or remotely by video or teleconference. As mentioned, the government joins in this request and is available the first week of June.

   Mr. Jimenez consents to the exclusion of time until the next status conference.

Respectfully submitted,
/s/ *Zawadi Baharanyi*
_____
Zawadi Baharanyi
Assistant Federal Defender
Federal Defenders of New York
212-417-8735/ 917-612-2753

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO JUNE 1, 2020, AT A MORNING TIME TO BE DETERMINED. THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH JUNE 1, 2020, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANTS IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE.
THE COURT WILL REQUEST A VIDEOCONFERENCE SETTING FOR THE MORNING OF JUNE 1, 2020.  THE TIME CANNOT BE CONFIRMED UNTIL THE LATTER PART OF THE WEEK BEFORE THE CONFERENCE.

ACCORDINGLY, COUNSEL ARE REQUESTED TO HOLD OPEN 9:00 A.M. TO 2:00 P.M. ON JUNE 1, 2020, UNTIL FURTHER NOTICE.  **DEFENSE COUNSEL IS FURTHER DIRECTED TO INFORM THE COURT BY MAY 20, 2020**, AS TO WHETHER COUNSEL WISHES TO HAVE A PRIVATE 15 MINUTE CONSULTATION WITH THE CLIENT IMMEDIATELY BEFORE THE CONFERENCE AND, IF SO, TO PROVIDE THE TELEPHONE NUMBER AT WHICH COUNSEL CAN BE REACHED FOR THAT CONSULTATION.  DE# 20 RESOLVED.  SO ORDERED.

DATED: MAY 5, 2020
/S/ Laura Taylor Swain, USDJ