# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 3, 2021

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. William Jimenez**
              **20 CR 122 (DLC)**

Dear Judge Cote:

      In response to the Court's July 14 order, I write to provide an update on the status of William Jimenez's case. The parties are currently engaged in the mitigation and plea negotiation process, working towards a pretrial resolution. While a resolution has not yet been reached, the parties hope to have an update for the Court regarding a plea or trial within the next few weeks.

      With the Government's consent, I respectfully request setting a deadline of September 3 to inform the Court by letter of whether the parties have reached a pretrial resolution or if Mr. Jimenez will be proceeding with trial in this matter.

      Respectfully submitted,

      /s/
      Zawadi Baharanyi
      Assistant Federal Defender
      917-612-2753

cc:    Jacob Fiddelman
        Assistant United States Attorney

*Granted.*

*Denise Cote*
*8/6/21*