```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :      20cr122 (DLC)
                                          :
            -v-                           :      ORDER
                                          :
WILLIAM JIMENEZ,                          :
                                          :
                        Defendant.        :
                                          :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 22, 2021, the trial in this case was set to begin on November 1, 2021. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. The Clerk's Office has notified district judges of the dates on which jury selection could commence during the months of October through December 2021 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action will commence with jury selection on **November 8, 2021.**

IT IS FURTHER ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **October 22, 2021.** Any opposition shall be filed by **October 29, 2021.**

IT IS FURTHER ORDERED that a final pretrial conference will occur on **November 3, 2021** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         September 8, 2021

                                                DENISE COTE
                                        United States District Judge