```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :    20cr122(DLC)
                                         :
            -v-                          :    ORDER
                                         :
WILLIAM JIMENEZ,                         :
                                         :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties joint request of December 30, 2021 to adjourn the sentencing in this matter, it is hereby

ORDERED that the sentencing is adjourned to March 10, 2022 at 11:00 AM. Defense submissions are due on February 25, and the Government's are due March 4.

SO ORDERED:

Dated:   New York, New York
         January 3, 2022

```
                         _____
                                 DENISE COTE
                         United States District Judge
```