```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
UNITED STATES OF AMERICA,               :
                                        :      20cr122(DLC)
                                        :
           -v-                          :      ORDER
                                        :
WILLIAM JIMENEZ,                        :
                                        :
                                        :
                Defendant.              :
                                        :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter is moved to **April 28, 2022 at 3:00 PM** in Courtroom 18B.

    SO ORDERED:

Dated:    New York, New York
           April 21, 2022

                              _____
                                    DENISE COTE
                      United States District Judge