```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :    20cr122(DLC)
                                         :
          -v-                            :    ORDER
                                         :
WILLIAM JIMENEZ,                         :
                                         :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Upon the issuance of the mandate, the parties shall confer with this Court's courtroom deputy and schedule the resentencing of the defendant.

SO ORDERED:

Dated:    New York, New York
          March 20, 2024

                              _____
                                       DENISE COTE
                              United States District Judge