```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :    20cr122(DLC)
                                        :
WILLIAM JIMENEZ,                        :       ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case having been remanded for the purpose of resentencing, it is hereby

ORDERED that a resentencing is scheduled for **June 14, 2024 at 2:30 PM** in Courtroom 18B, 500 Pearl Street. Any submissions counsel wish to file in connection with this proceeding shall be filed by June 7, 2024.

SO ORDERED:

Dated:    New York, New York
          May 13, 2024

                                     _____
                                              DENISE COTE
                                     United States District Judge